UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**JOANNA MARIE SMITH**,

    **Plaintiff,**

v.

**MICHAEL J. ASTRUE**, *Commissioner*
*of the Social Security Administration,*

    **Defendant.**                                         No. 12-cv-219-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 11, 2013, the commissioner's final decision is REVERSED and REMANDED to the commissioner for rehearing and reconsideration of the evidence.

                                     NANCY J. ROSENSTENGEL,
                                     CLERK OF COURT

                                     BY:   /s/*Sara Jennings*
                                     **Deputy Clerk**

Dated: February 11, 2013

                               Digitally signed by
                               David R. Herndon
                               Date: 2013.02.11
APPROVED:                12:14:38 -06'00'
             CHIEF JUDGE
             U. S. DISTRICT COURT